## Universal Data Form

AUD Correction Indicator:   Update ☐   Delete ☒   Delete due to fraud ☐

| | |
|---|---|
| Subscriber Name:   Citibank CBNA - Bankcard | Equifax SC: 362BB02336 |
| Subscriber Address:   5800 South Corporate Place, Sioux Falls, SD 57108 | Experian SC: 1339272 |
| | Innovis SC: |
| | TU SC:   64DB040 |

### Consumer Information

| Last Name | First Name | Middle Name | Gen | SSN | DOB |
|---|---|---|---|---|---|
| CARLO | MARK | J | | ▇▇▇ | ▇▇▇ |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| ▇▇▇▇▇ | LAS VEGAS | NV | |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen |
|---|---|---|---|
| | | | |

| Previous Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator:     ECOA:  1     Phone:

### Employment Information

Employer Name:                    Occupation:

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator:     ECOA:     Phone:

| Last Name | First Name | Middle Name | Gen | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | City | State | Zip+4 |
|---|---|---|---|
| | | | |

Consumer Information Indicator:     ECOA:     Phone:

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| ▇▇▇ | 12-16-2009 | | | R | | | | | |

| Term Dur /Freq | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| REV/M | | | | DA | | 0G | | | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec  Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

| Mortgage Id # | | AUD Control #   101567014 |
|---|---|---|

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2017 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2016 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2015 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2014 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2013 | - | - | | | | | | | | | | |

Submitted By:  Melissa▇▇▇          Tel#: ▇▇▇          Date:   11-03-2020

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted

EXHIBIT 12